CJF7.17.19
PCM: USAO#2019R00487

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. ELH-19-0344 |
| | * | |
| JASON WADE, | * | (Possession of a Firearm and |
| | * | Ammunition by a Prohibited Person, |
| Defendant | * | 18 U.S.C. § 922(g)(1); Possession with |
| | * | the Intent to Distribute a Controlled |
| | * | Substance, 21 U.S.C. § 841(a); |
| | * | Possession of a Firearm in |
| | * | Furtherance of a Drug Trafficking |
| | * | Crime, 18 U.S.C. § 924(c)(1)(A); |
| | * | Forfeiture, 18 U.S.C. § 924(d), 28 |
| | * | U.S.C. § 2461(c)) |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about May 29, 2019, in the District of Maryland, the defendant,

**JASON WADE,**

possessed in and affecting commerce a firearm and ammunition, that is, a .40 caliber Smith and Wesson semi-automatic pistol, Model SD40VE, bearing serial number FWP6671; and a .45 caliber Glock semi-automatic pistol, Model 21, bearing serial number SME194; and 13 rounds of Federal .40 caliber cartridges, 9 rounds of Blazer .45 caliber cartridges, 2 Federal .45 caliber cartridges and one Speer .45 caliber cartridge, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly.

18 U.S.C. § 922(g)

## **COUNT TWO**

The Grand Jury for the District of Maryland further charges that:

On or about May 29, 2019, in the District of Maryland, the defendant,

**JASON WADE,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about May 29, 2019, in the District of Maryland, the defendant,

### JASON WADE,

did knowingly possess a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute marijuana, as charged in Count Two of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**JASON WADE,**

shall forfeit to the United States the firearms listed in Count One of this Indictment and involved in the commission of the offense.

18 U.S.C. § 924(d)
28 U.S.C. § 2461

*[signature]*
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**          7/18/19
Foreperson                              Date